FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19 PM 2: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA      CRIMINAL ACTION

VERSUS      NUMBER: 03-0030

KENDELL THORNTON      SECTION: "F"(5)

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that defendant's motions for an out-of-time appeal and for the appointment of counsel are denied.

New Orleans, Louisiana, this 19th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____