

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                  NUMBER: 03-0030

KENDELL THORNTON                                        SECTION: "F"(5)

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

IT IS ORDERED that plaintiff's notice of appeal (rec. doc. 54) is deemed to be timely-filed.

New Orleans, Louisiana, this 20th day of March, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____